UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
THOMAS M. MULLANEY, ESQ., Individually And On
Behalf of All Others Similarly Situated,

                                Plaintiffs,

               -against-

DELTA AIR LINES, INC.

                              Defendants.

------------------------------------------------------------------X

08 CV 7324 (CM)(THK)

**AFFIDAVIT OF SERVICE**

Honorable Judge McMahon

**STATE OF NEW YORK**    )
                               ) ss.:
**COUNTY OF NEW YORK**  )

       **I, ALENA TRIMIAR,** being sworn say:

       I am not a party to the action, am over 18 years of age and reside at Bronx, New York.

       On August 19, 2008, I served the NOTICE OF REMOVAL, by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U. S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

                LAW OFFICES OF THOMAS M. MULLANEY
                     708 Third Avenue, Suite 2500
                        New York, New York 10017

                                               ALENA TRIMIAR

Sworn to before me this
19th day of August, 2008

_____
Notary Public

ALEXANDRA C. PINO
A Notary Public, State of New York
No. 01PI6097210
Qualified in Bronx County
Commission Expires August 18, 20 11

THOMAS M. MULLANEY, ESQ., Individually And On Behalf Of All Others Similarly Situated,

Plaintiff,

-against-

DELTA AIR LINES, INC.,

Defendant.

## AFFIDAVIT OF SERVICE

**QUIRK AND BAKALOR, P.C.**

*Attorney(s) for* Defendant
DELTA AIR LINES, INC.

*Office and Post Office Address, Telephone*

845 Third Avenue
NEW YORK, NEW YORK 10022
(212) 319-1000

To

Attorney(s) for

Signature (Rule 130-1.1-a)

_____
Print name beneath

Service of a copy of the within is hereby admitted.

Dated: _____

PLEASE TAKE NOTICE:

☐ **NOTICE OF ENTRY**

that the within is a *(certified)* true copy of a
duly entered in the office of the clerk of the within named court on

☐ **NOTICE OF SETTLEMENT**

that an order                                                                of which the within is a true copy
will be presented for settlement to the HON.                                 one of the judges of the
within named Court, at
on                                          at                 M.
Dated,

Yours, etc.

**QUIRK AND BAKALOR, P.C.**